UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) 3:09-md-02100-DRH-PMF ) MDL No. 2100 |

This Document Relates To:

*Nanette Cauley v. Bayer Corporation, et al. No. 3:10-cv-11907-DRH-PMF*

*Margarite Bergeron v. Bayer Corporation, et al. No. 3:10-cv-11342-DRH-PMF*

*Stephanie Eutsey v. Bayer Corporation, et al. No. 3:10-cv-11892-DRH -PMF*

*Frances Hokes v. Bayer Corporation, et al. No. 3:10-cv-11975-DRH-PMF*

*Christina Jobson v. Bayer Corporation, et al. No. 3:10-cv-11967-DRH -PMF*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed by the parties on April 26, 2011, plaintiff's complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sandy Pannier*
Deputy Clerk

Dated: April 28, 2011

Digitally signed by David R. Herndon
Date: 2011.04.28 16:02:31 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**